[Civ. No. 13453.  Second Dist., Div. One.  Jan. 29, 1943.]

SELIG CAHN, INC. (a Corporation), Plaintiff and Appellant, v. NATHANIEL W. ALSCHULER, Respondent; YETTA C. CAHN, Cross-defendant and Appellant.

Arch R. Tuthill for Appellants.

Wm. J. McNichols, Homer C. Millsap and Benjamin Elconin for Respondent.

THE COURT.—For the reasons stated in *Selig Cahn, Inc.* v. *Nathaniel W. Alschuler,* Civil No. 13443, *ante,* p. 875 [133 P.2d 671], this day decided, the judgment appealed from herein is reversed.

A petition for a rehearing was denied February 23, 1943.